1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11   DANIEL J. AUDETT,

12              Plaintiff,                                Case No. C04-5497RBL

13         v.                                             ORDER ADOPTING
                                                          REPORT AND
14   MARK SELING *et al*.,                                RECOMMENDATION

15              Defendants.

16

17         The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley

18   Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby

19   find and ORDER:

20         (1)    The Court adopts the Report and Recommendation;

21         (2)    Plaintiff has dismissed his action pursuant to Fed. R. Civ. P 41 (a).

22         (3)    The Clerk is directed to close this file and copies of this Order to plaintiff, counsel for
                  defendants, and to the Hon. J. Kelley Arnold.
23

24         DATED this 10th day of November, 2005.

25

26                                          RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE
27

28   ORDER - 1